# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

UNITED STATES OF AMERICA,

V.

LAKENTO BRIAN SMITH,

*CRIMINAL COMPLAINT*

CASE NUMBER: 1:06-MJ-005

*(Name and Address of Defendant)*

I, Jack Smith, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about October 28, 2005 in Muskegon county, in the Western District of Michigan, Southern Division defendant(s) did, *(Track Statutory Language Offense)*

knowingly and intentionally possess with the intent to distribute fifty grams or more of a mixture or substance containing a detectable amount of cocaine base; knowingly and intentionally possess with intent to distribute five hundred grams or more of a mixture or substance containing a detectable amount of cocaine, knowingly possess one or more firearms in and affecting commerce

in violation of Titles 21 and 18 United States Code, Section(s) 841(a)(1) and 922(g)(1), respectively

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:  __X__ Yes __ No

_____
*Signature of Complainant  Special Agent Jack Smith*

Sworn to before me and subscribed in my presence,

_January 3, 2006  9:40am_ at

*Date and Time Issued*

**Honorable Ellen S. Carmody**
**Magistrate Judge**
*Name & Title of Judicial Officer*

_Grand Rapids, Michigan_____

_____
**Signature of Judicial Officer**

<u>AFFIDAVIT</u>

Jack M. Smith, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, deposes and states the following:

1.     I am a Special Agent with the ATF, assigned to the Grand Rapids, Michigan, Field Office. I have been an ATF Special Agent for over seventeen years. My duties and responsibilities as a Special Agent include investigating violations of federal laws, and I have been involved in the investigation of hundreds of violations of the federal firearms, controlled substances, explosives, and arson statutes. I have been the affiant for numerous federal search and arrest warrants.

2.     This affidavit is filed in support of a federal criminal complaint alleging that LAKENTO BRIAN SMITH, born in 1971, possessed with intent to deliver 500 grams or more of a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a), 841(b)(1)(B); and that he knowingly possessed one or more firearms as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

3.     This affidavit is based upon information that I obtained from my own investigation, as well as from the reports and investigation of the Michigan State Police and the Western Michigan Enforcement Team (WEMET), which includes the following:

A.     During the month of October 2005, officers from the Michigan State Police and members of WEMET conducted an investigation of LAKENTO BRIAN SMITH, born in 1971. WEMET detectives obtained information that SMITH had twice been convicted of felony charges relating to the possession with intent to deliver and delivery of cocaine, and they obtained information that he was distributing cocaine again.

B.     On October 27, 2005, WEMET investigators obtained a search warrant from the 60th District Court, Muskegon County, for LAKENTO BRIAN SMITH's residence, 1484 Albert, Muskegon, Michigan.

C.     The WEMET investigators executed the aforementioned search warrant on October 28, 2005. They found the house occupied by LAKENTO BRIAN SMITH and his girlfriend. The investigators found three firearms in the home: a loaded Helwan 9mm semiautomatic pistol; a loaded Llama .45 caliber semiautomatic pistol with the serial number obliterated; and a loaded .40 caliber Glock, Model 23, semiautomatic pistol. The Helwan and Glock pistols were both reported stolen.

D.     The WEMET investigators also found and seized from the residence $17,349.00, suspected to be proceeds of distribution of controlled substances. They found a large portion of that money in the pocket of a fur coat, along with a photograph of LAKENTO BRIAN SMITH wearing what appears to be that same coat.

E.     Based on probable cause for forfeiture, the WEMET investigators seized four vehicles, including a 2002 Pontiac Grand Am, which was registered to LAKENTO BRIAN SMITH

and his girlfriend at the 1484 Albert, Muskegon, Michigan, address. During an inventory search of the Grand Am, the officers found approximately one and one-half kilograms of a substance appearing to be cocaine, along with a digital scale.

F.    WEMET investigators arrested LAKENTO BRIAN SMITH on October 28, 2005, and advised him of his Miranda rights. SMITH waived those rights. SMITH asserted that he and his girlfriend are the only people who live at 1484 Albert, Muskegon, Michigan; and they are the only people who had access to the aforementioned Pontiac Grand Am. SMITH admitted that the pistols that police found in his house belong to him, noting that he purchased them "on the street." SMITH denied knowledge of the cocaine found in the trunk of the Grand Am.

G.    LAKENTO BRIAN SMITH's girlfriend was also advised of her Miranda rights. She waived those rights. SMITH's girlfriend told WEMET detectives that only she and SMITH live at 1484 Albert; and only they had access to the aforementioned Pontiac Grand Am. She advised the detectives that SMITH kept his handguns in their house. She noted that when she had seen his handguns, she asked SMITH about them, but he responded that she should mind her own business.

H.    Michigan State Police forensic specialists have analyzed much of the evidence WEMET found, and have reported the following:

(1)    The right and left thumb prints of LAKENTO BRIAN SMITH were found on the digital scale found in the trunk of the Grand Am.

(2)    The cocaine found in the trunk of the Grand Am was wrapped in 37 bags. The contents of 27 of those bags were weighed and analyzed. Cocaine was found to be present in each bag that was tested. The combined weight of those 27 bags tested was more than 1,500 grams.

(3)    Each of the three firearms found in SMITH's residence was found to be operational.

4.    I have obtained certified true copies of Judgments of Sentence from the 14th Circuit Court in Muskegon, Michigan. They indicate that LAKENTO BRIAN SMITH was found guilty in 1993 of the felony offense of Delivery of Cocaine; they also indicate that he was convicted in 1996 of the felony offense of Possession with Intent to Deliver Cocaine (second offense double penalty). Each of these convictions are for "specified felonies" under Michigan law, and there is no evidence that SMITH has sought to have his firearms privileges restored.

5.    I have received a record of all Muskegon Michigan area police contacts with LAKENTO BRIAN SMITH, born in 1971, from the Muskegon Police Department. The contacts listed include an October 28, 2005, arrest by "WMET" for Cocaine-Sell. There are several other arrests listed, including one for Cocaine-Sell in 1996. I obtained an arrest photograph of that subject from the Muskegon Police Department. I sent it to WEMET, and one of the officers advised me that he knows that photograph to be of SMITH, a man he knows has been convicted twice of cocaine felonies, and who is the subject of the previously-described investigation.

6.      I have consulted ATF Special Agent Brian Luettke, who has received specialized training in determining the interstate nexus of firearms.  Special Agent Luettke has examined the three firearms found in LAKENTO BRIAN SMITH's residence, and he determined that all three of the firearms were manufactured outside the state of Michigan.

7.      Based on the foregoing, I believe that probable cause exists to conclude that LAKENTO BRIAN SMITH possessed cocaine with the intent to deliver, in violation of Title 21, United States Code, Section 841(a)(1).  Further, I believe probable cause exists to conclude that LAKENTO BRIAN SMITH possessed firearms after having been convicted of a felony, in violation of Title 18, United States Code, Section 922(g)(1).

Jack M. Smith
Special Agent

Sworn to on this ___5___ day of February, 2006.

Honorable Ellen S. Carmody
United States Magistrate Judge

-3-