UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

06 FEB -9 PM 5: 19

UNITED STATES OF AMERICA,

Plaintiff,

No.  **1 : 06 CR 0 0 3 2**

Hon.  Robert Holmes Bell
Chief, U.S. District Judge

v.

LAKENTO BRIAN SMITH,

**INDICTMENT**

Defendant.

_____/

The Grand Jury charges:

## COUNT 1
(Possession of Cocaine Base with Intent to Distribute)

On or about October 28, 2005, in Muskegon County, in the Southern Division of the

Western District of Michigan,

**LAKENTO BRIAN SMITH**

knowingly and intentionally possessed with intent to distribute fifty grams or more of a mixture

or substance containing a detectable amount of cocaine base ("crack" cocaine), a Schedule II

controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(iii)

## COUNT 2
(Possession of Cocaine with Intent to Distribute)

On or about October 28, 2005, in Muskegon County, in the Southern Division of the

Western District of Michigan,

## LAKENTO BRIAN SMITH

knowingly and intentionally possessed with intent to distribute five hundred grams or more of a

mixture or substance containing a detectable amount of cocaine, a Schedule II controlled

substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(ii)

## COUNT 3
(Felon in Possession of Firearms)

On or about October 28, 2005, in Muskegon County, in the Southern Division of the

Western District of Michigan,

**LAKENTO BRIAN SMITH,**

being a person who had been convicted of an offense punishable by imprisonment for a term

exceeding one year under the laws of the State of Michigan, did knowingly possess one or more

of the following firearms in and affecting commerce: a Llama .45 caliber semiautomatic pistol, a

Glock .40 caliber, Model 23, semiautomatic pistol, and a Helwan 9mm semiautomatic pistol.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(2)


A TRUE BILL


GRAND JURY FOREPERSON


MARGARET M. CHIARA
United States Attorney


PHILLIP J. GREEN
Assistant United States Attorney